JOHN ALAN MEYER
Bar #225629
Meyer Law & Research Services
854 S. Kenneth Ave
Kerman, CA. 93630
Telephone: (559) 385-1565

Attorney for Defendant
Heath Roberson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00211 |
| Plaintiff, | STIPULATION REGARDING PRE-SENTENCE INVESTIGATION REPORT; FINDINGS AND ORDER |
| vs. | |
| HEATH ROBERSON, | DATE: October 22, 2018 |
| | TIME: 8:30 a.m. |
| Defendant. | JUDGE: Lawrence J. O'Neill |

1. Local Rule 460 states that "presentence reports . . . are confidential records of the United States District Court." Disclosure is prohibited absent order of the Court. L.R. 460(a). Requests for disclosure must be in writing and must articulate the need for specific items of information within the report. *Id.* at 460(b).

2. Courts may disclose PSRs when they determine that it is in the interest of justice to do so. *United States v. Schlette*, 842 F.2d 1574, 1579 (9th Cir. 1988). They may also release when the need for confidentiality is outweighed by the need for disclosure." *Id.* Here, disclosure is in the interest of justice. The court has read and considered a PSR from a previous sentencing, in case 1:13-cr-0342, and that report specifically recommended an increased sentence for Mr. Roberson. Defense counsel John Meyer (Counsel) was not the attorney in that case, and has not

STIPULATION REGARDING PRE-SENTENCE INVESTIGATION REPORT; [PROPOSED] FINDINGS AND ORDER

read that PSR. Disclosure of the report to Counsel will the defense the opportunity to address concerns the PSR expressed regarding HEATH ROBERSON, and to better prepare for sentencing.

3. As such, the parties stipulate that the court shall order the Probation Department to disclose to Counsel the probation report prepared for case 1:13-cr-0342.

IT IS SO STIPULATED.

Dated: October 25, 2018
McGREGOR W. SCOTT
United States Attorney

/s/ Michael Tierney
Michael Tierney
Assistant United States Attorney

/s/ JOHN A. MEYER
JOHN A. MEYER
Counsel for Defendant
Heath Roberson

**FINDINGS AND PROTECTIVE ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **October 26, 2018**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

STIPULATION REGARDING PRE-SENTENCE INVESTIGATION REPORT; [PROPOSED] FINDINGS AND ORDER