IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-CR-00211-001 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| HEATH LEE ROBERSON, | |
| Defendant. | |

The above-named defendant having been sentenced on November 13, 2018, to Probation with terms and conditions, including but not limited to in-patient drug treatment, with immediate release upon receipt of this Order,

IT IS HEREBY ORDERED that the defendant shall be released to Kathy Grimstead or her agent, on Tuesday, November 13, 2018 for transportation directly to the Drug Treatment Program located in California for a period of a minimum of 90 days.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: **November 13, 2018** /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE